HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **LEA MOQUETE,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GNC HOLDINGS, LLC**, a Foreign Limited Liability Company, and **DOES 1-10**, inclusive,<br><br>Defendant. | CASE NO. 3:24-cv-05393-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT – 1
CASE NO. 3:24-cv-05393-BHS

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, WA 98406
Phone: (310) 277-0614

The Court, having reviewed the Parties' Stipulated Motion For Leave To File First Amended Complaint, **HEREBY ORDERS** as follows:

1. The Stipulated Motion For Leave To File First Amended Complaint is **GRANTED**;

2. Plaintiff's individual and class claims for (1) alleged failure to provide meal periods and rest periods and alleged failure to compensate for missed, late, and/or interrupted meal and rest periods pursuant to WAC 296-126-092; (2) alleged failure to pay overtime wages pursuant to the Washington Minimum Wage Act ("WMWA"); and (3) double damages pursuant to RCW 49.52 *et seq.* are hereby dismissed without prejudice and without a separate award of costs and attorneys' fees; and.

3. Plaintiff shall have leave to file the proposed First Amended Complaint attached to the Parties' Stipulated Motion as **Exhibit 1**. Plaintiff shall promptly file the First Amended Complaint as its own, separate docket entry.

**IT IS SO ORDERED.**

DATED this 1st day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT – 2
CASE NO. 3:24-cv-05393-BHS

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, WA 98406
Phone: (310) 277-0614