1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTSERN DISTRICT OF WASHINGTON**
**AT TACOMA**

10

**LEA MOQUETE,** individually and on behalf of all others similarly situated,

**Case No. 3:24-cv-05393-BHS**

11

12

Plaintiff,

**FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF WASHINGTON'S WAGE TRANSPARENCY LAW (RCW 49.58.110)**

13

14

v.

15

16

**GNC HOLDINGS, LLC**, a Foreign Limited Liability Company, and **DOES 1-10**, inclusive,

17

18

Defendant.

19
20
21
22
23
24
25
26
27
28

FIRST AMENDED CLASS ACTION COMPLAINT – 1

Plaintiff Lea Moquete ("Plaintiff"), by and through her undersigned attorneys and on behalf of herself and all others similarly situated, complains and alleges the following:

## I.    NATURE OF ACTION

1.    This is a class action pursuant to Federal Rule of Civil Procedure 23(b)(3) against Defendant GNC Holdings, LLC and its subsidiaries and affiliated companies, and DOES 1-10, inclusive ("Doe Defendants") (together "Defendant"), for engaging in a systematic scheme of failing to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in job openings.

2.    Plaintiff seeks statutory penalties, attorneys' fees, and costs on behalf of the Class (as defined herein) for Defendant's failure to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in its job openings under RCW 49.58.110 and 49.58.070(1)

## II.    THE PARTIES

3.    Plaintiff, who at all relevant times was a resident of Tacoma, Washington, applied for a job position in Washington State with Defendant in or around September 2023. Plaintiff then worked for Defendant at Defendant's Tacoma store as a Part Time Sales Associate, and then as a Manager, from in or around September 2023 until in or around March 2024.

4.    Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. Plaintiff seeks to represent a Class of all individuals who, from January 1, 2023 through the present (the "Class Period") applied for a job in the State of Washington with Defendant where the job posting did not disclose the wage scale or salary range for the position.

5.    Defendant fielded employment applications from Plaintiff and the Class. Defendant is a Foreign Limited Liability Company that owns and operates a chain of stores specializing in health and nutrition related products in Washington State, among other states. Defendant is headquartered in Pittsburgh, Pennsylvania, and owns and operates at least twenty-seven store locations in Washington State.

6.    Plaintiff is ignorant of the true names and capacities, whether individual, corporate,

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

associate, or otherwise, of Doe Defendants sued herein as DOES 1 through 10, inclusive, and, therefore, sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Doe Defendants is responsible in some manner for the occurrences herein alleged, in that they were employers, co-employers, prospective employers or prospective co-employers of Plaintiff and the Class, and that Plaintiff's damages, as herein alleged, were proximately caused by such Doe Defendants.

## III.    JURISDICTION & VENUE

7.      This Court has subject matter jurisdiction over Plaintiff's claims under 28 U.S.C. sections 1332, 1441, and 1446.  The Parties are diverse under 28 U.S.C. section 1332 and 28 U.S.C. section 1441, and the amount in controversy exceeds $5,000,000.

8.      Venue is proper in this judicial district because this is the Court encompassing the place where this action is currently pending. 28 U.S.C. 1441(a). Venue is proper in Tacoma because this action was brought in Pierce County. *See* Western District of Washington Local Civil Rule 3(e)(1).

## IV.    FACTUAL ALLEGATIONS

9.      On information and belief, during the Class Period, Defendant fielded employment applications from 2,498 individuals in Washington State.

10.     Facts and Law Regarding Defendant's Violations of RCW 49.58.110(1): Effective January 1, 2023, employers in Washington must disclose in each posting for each job opening, the wage scale or salary range and a general description of all of the benefits and other compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific available position, including recruitment done directly by an employer or indirectly through a third party, and includes any postings done electronically, or with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1). This section only applies to employers with 15 or more employees. RCW 49.58.110(3). At all relevant times, Defendant employed more than 15 individuals.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

11.     From January 1, 2023 to the present, Plaintiff and the Class Members applied to job openings with Defendant located in Washington State where Defendant's job postings did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered.

12.     Specifically, in or about September 2023, Plaintiff applied for a job opening in Washington State with Defendant at Defendant's Tacoma store. The posting for the job opening did not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. True and correct copies of Defendant's job postings on its website and on Indeed are attached hereto as **Exhibits A through C** (last accessed April 16 and 17, 2024). Specifically, Defendant's job postings for Part Time Sales Associate and Store Manager jobs in Washington all fail to disclose the wage scale or salary range for the job positions, let alone any information related to compensation whatsoever. Notably, Defendant's website job postings only state, "Competitive rate of pay" and Defendant's Indeed job postings explicitly state, "Pay information not provided." On information and belief, all of Defendant's Part Time Sales Associate and Store Manager job postings on its website and on third party websites fail to include the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered.

13.     Plaintiff and the Class Members lost valuable time applying for a job with Defendant for which the wage scale or salary range was not disclosed to them.

14.     As a result of Plaintiff's and Class Members' inability to evaluate the pay for the position, negotiate that pay, and compare that pay to other available positions in the marketplace, Plaintiff and the Class Members were harmed.

## V.    CLASS ACTION ALLEGATIONS

15.     Plaintiff brings this case as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of the following Class (the "Class" or "Class Members"):

> **All individuals who, from January 1, 2023 through the present (the "Class Period"), applied for a job in the State of Washington with Defendant where the job posting did not**

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

disclose the wage scale or salary range for the position.[1]

16.     Plaintiff reserves the right to amend or modify the class descriptions with greater specificity, by division into subclasses, or by limitation to particular issues.

17.     On information and belief, there are estimated to be 2,498 individuals in the Class. Given Defendant's systemic failure to comply with RCW 49.58.110(1), the members of the Class are so numerous that joinder of all members is impractical.

18.     Plaintiff's claims are typical of the claims of the members of the Class because she and they applied for employment with Defendant during the Class Period and she and they sustained damages arising out of Defendant's failure to include the wage scale and salary range on job postings during the Class Period.

19.     Plaintiff will fairly and adequately represent the interests of the Class. Plaintiff has no conflict of interest with any member of the Class. Plaintiff has retained competent and experienced counsel in complex class action litigation. Plaintiff's counsel has the expertise and financial resources to adequately represent the interests of the Class.

20.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Plaintiff and the Class are the following:

a.     Whether Plaintiff and Class Members applied for jobs with Defendant during the Class Period where Defendant's job postings failed to include the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered;

b.     Whether Defendant violated RCW 49.58.110(1) by failing to disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in job postings during the Class Period;

c.     The proper formula(s) for calculating damages and interest owed to Plaintiff and

---

[1] Plaintiff reserves the right to modify the Class and Class definitions at a later date to conform to new facts learned, including the properly named entity Defendant(s). Plaintiff also reserves the right to move for certification on certain claims as to certain subclasses.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

Class Members; and

        d.  The nature and extent of class-wide damages and the measure of damages for the Class.

21.    Class action treatment is superior to any alternative to ensure the fair and efficient adjudication of the controversy alleged herein. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without duplication of effort and expense that numerous individuals would entail. No difficulties are likely to be encountered in the management of this class action that would preclude its maintenance as a class action, and no superior alternative exists for the fair and efficient adjudication of this controversy. The Class Members are readily identifiable from Defendant's employee rosters, HR databases, payroll records, and/or job applicant records.

22.    Defendant's actions are generally applicable to each member of the Class. Prosecution of separate actions by individual members of the Class creates the risk of inconsistent or varying adjudications of the issues presented herein, which, in turn, would establish incompatible standards of conduct for Defendant.

23.    Because joinder of all members is impractical, a class action is superior to other available methods for the fair and efficient adjudication of this controversy. Furthermore, the amounts at stake for many members of the Class, while substantial, may not be sufficient to enable them to maintain separate suits against Defendant.

## VI.    FIRST CAUSE OF ACTION
### Violation of RCW 49.58.110

24.    Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

25.    Effective January 1, 2023, employers must disclose in each posting for each job opening, the wage scale or salary range and a general description of all of the benefits and other compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific available position, including recruitment done directly by an employer or indirectly through a third

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

party, and includes any postings done electronically, or with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1). This section only applies to employers with 15 or more employees. RCW 49.58.110(3).

26.     As described above, Defendant did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in its Part Time Sales Associate and Store Manager job postings.

27.     Starting January 1, 2023, Plaintiff and the Class applied for job openings with Defendant where the job postings did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered. Accordingly, Defendant violated RCW 49.58.110(1).

28.     A job applicant or an employee is entitled to the remedies in RCW 49.58.060 and 49.58.070 for violations of this section. RCW 49.58.110(4). An employee may bring a civil against an employer for . . . actual damages; statutory damages equal to the actual damages or five thousand dollars, whichever is greater; interest of one percent per month on all compensation owed; and costs and reasonable attorneys' fees. The court may also order reinstatement and injunctive relief. RCW 49.58.070(1).

29.     Plaintiff and Class Members are entitled to actual or statutory damages, plus interest, and attorneys' fees and costs, under RCW 49.58.070(1).

## VII.    PRAYER FOR RELIEF

Wherefore, Plaintiff, on behalf of herself and the members of the Class, prays for judgment against Defendant as follows:

A.     An Order that this action may proceed and be maintained as a class action, certifying the Class, as defined above, for the Class Period, as defined above;

B.     A declaratory judgment that Defendant violated RCW 49.58.110(1);

C.     An award of statutory damages equal to Plaintiff and Class Members actual damages or five thousand dollars, whichever is greater, pursuant to RCW 49.58.070(1), plus interest, and reasonable attorneys' fees and costs;

D.     Attorneys' fees and costs, as allowed by law, including RCW 49.58.070(1); and

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

E.      All other relief this Court deems proper.

Dated this 1st day of July, 2024.                    Respectfully submitted,

**ACKERMANN & TILAJEF, P.C.**

By: _____
Craig J. Ackermann, WSBA #53330
Brian Denlinger, WSBA #53177
Avi Kreitenberg, WSBA #53294
ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@ackermanntilajef.com
bd@ackermanntilajef.com
ak@ackermanntilajef.com

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

# EXHIBIT A

## to First Amended Class Action Complaint


(/)

JOBS >

# PART TIME SALES ASSOCIATE TACOMA MALL 7268

**Location:** Tacoma, WA
**Category:** Retail
**Req ID:** REF1318C

**APPLY
(HTTPS://JOBS.SMARTRECRUITERS.COM/GNC/743999970901543-
PART-TIME-SALES-ASSOCIATE-TACOMA-MALL-7268?OGA=TRUE)**

◁ **Share Job**

## Job Description

### Company Description

As the global leader in health and wellness innovation since 1935, GNC motivates people to reach their
goals with the most trusted and exciting selection of products in the industry.

As #TeamGNC, we work hard to ensure that our consumers come first. We are always cultivating and
collaborating on new ideas to bring innovative solutions to the forefront and testing new solutions to
translate goals into action. Our team members are advocates for change and innovation.

There is no greater gift than good health and no greater satisfaction than helping others to achieve it. Be
a part of helping others to Live Well!

### Job Description

GNC is looking for dynamic sales associates that not only "Live Well" as a lifestyle, but have the desire
to share that passion with others. If that describes you, then join the high energy store's team at GNC.
This outstanding opportunity is designed to help you reach your full earning potential. In addition to your
base pay, you have the ability to earn additional cash through our sales incentive program!

If you are career minded, this opportunity provides you with the perfect springboard to full-time or
managerial positions.

What are we looking for?

- A Sales Associate who enjoys interacting with customers and is committed to helping
  them choose the right products, as well as making recommendations based on your
  overall product knowledge and understanding of their needs

- The ability for you to generate sales, not only for the benefit of the company and your
  store, but for you and your financial well-being.

## Share Job

(f) (https://www.facebook.com/
.%2F%2Fjobs.gnc.com%2Fjob%2F176136
time-sales-associate-tacoma-mall-72
2F&t=Check%20out%20this%20role%20

0at%20GNC&url=https%3A%2F%2Fjobs.
time-sales-associ

0D%0A%0D%0AReq%20ID%3A%20%20

t0at%20GNC&body=https%3A%2F%2Fjo
time-sales-ass

## Similar Jobs

Part Time Sales Associate 8911
(/job/20259371/part-time-sales-
associate-8911-panama-city-beach-fl/)
Panama City Beach, FL

Part Time Sales Associate 4367
(/job/20259370/part-time-sales-
associate-4367-eglin-afb-fl/)
Eglin Afb, FL

Part time Sales Associate
(/job/20259369/part-time-sales-
associate-waukegan-il/)
Waukegan, IL

Store Manager (/job/20259367/store-
manager-colonial-heights-va/)
Colonial Heights, VA



and operating of a retail store. This includes cash handling, inventory count and deposits according to GNC procedures, as well as maintaining the appearance of the store

San Antonio, TX

- The ability to complete omni-channel orders timely and accurately in compliance with company guidelines.

- Display an awareness of all store communications including: product information, advertising, promotions and other marketing initiatives

- Boost product knowledge by learning the features, advantages and benefits. Staying on top of nutritional, wellness

Qualifications

- High school diploma or equivalent preferred
- Passion to *Live Well!*
- Self-motivated
- Strong communication and team building skills
- Ability to work a flexible schedule (i.e. Holidays, weekends)
- Must be at least 18 years of age

Additional Information

All your information will be kept confidential according to EEO guidelines.

GNC Holdings LLC is an Equal Opportunity Employer

**APPLY
(HTTPS://JOBS.SMARTRECRUITERS.COM/GNC/743999970901543-
PART-TIME-SALES-ASSOCIATE-TACOMA-MALL-7268?OGA=TRUE)**

**RETURN TO SEARCH
RESULTS**

**(/JOB-SEARCH-
RESULTS)**

## *READY TO JOIN A WINNER?*
## *LET'S DO THIS!*

**VIEW
JOBS**

**(/JOB-SEARCH-
RESULTS)**

BENEFITS (/benefits)

ABOUT GNC
(https://www.gnc.com/about-us.html)
(https://www.gncfranchising.com/)

CUSTOMER SERVICE
(https://www.gnc.com/helpinformation?
aid=customer-service)

1-877-GNC-4700 (tel:1-877-
462-4700)
1-877-462-4700
(tel:18774624700)

FIND A GNC STORE NEAR
YOU
(https://www.gnc.com/stores)

ACCESSIBILITY

website, please call 1-877-
GNC-4700
(tel:18774624700) for
assistance.

**FOLLOW US**

 (https://www.facebook.com/GNCLiveWell/)

 (https://www.instagram.com/gnclive/)

© 2024 GNC Holdings, LLC

**PRIVACY STATEMENT (https://www.gnc.com/privacy-statement/privacy-policy.html)**

**TERMS & CONDITIONS (https://www.gnc.com/terms.html)**

# EXHIBIT B

## to First Amended Class Action Complaint

 **GNC** LIVE WELL | *SINCE 1935*

(/)

**JOBS ›**

# STORE MANAGER 7268

**Location: Tacoma, WA**

**Category: Retail**

**Req ID: REF9508G**

APPLY
(HTTPS://JOBS.SMARTRECRUITERS.COM/GNC/743999975944913-STORE-MANAGER-7268?OGA=TRUE)

⤴ **Share Job**

## Job Description

### Company Description

As the global leader in health and wellness innovation since 1935, GNC motivates people to reach their goals with the most trusted and exciting selection of products in the industry.

As #TeamGNC, we work hard to ensure that our consumers come first. We are always cultivating and collaborating on new ideas to bring innovative solutions to the forefront and testing new solutions to translate goals into action. Our team members are advocates for change and innovation.

There is no greater gift than good health and no greater satisfaction than helping others to achieve it. Be a part of helping others to Live Well!

### Job Description

We are looking for a dynamic Store Manager that embodies the "Live Well" spirit of GNC.  If that describes you, then join the high energy, stores team at GNC.  As the Store Manager you are accountable for the day-to-day retail operations of the GNC store in conjunction with the District Manager. As the store manager you play a vital role with the success in the stores financial results, the overall leadership and development of the associates, by creating a positive work environment, displaying GNC brand loyalty, exceptional customer service and driving sales. The store manager should have the aptitude to provide advanced product knowledge, and to help promote GNC's "*Live Well*" *brand*. If you are looking to grow with an organization that is innovative in bringing healthy solutions to our customers here is what we are looking for in a GNC Store Manager:

- A Store Manager who enjoys interacting with customers and is committed to helping them choose the right products, as well as making recommendations based on your overall product knowledge and understanding of their needs
- One who displays a strong understanding and commitment of GNC's Vision and Values
- The ability to achieve and exceed personal sales and productivity goals, while helping sales associates to realize their sales potential

## Share Job

f (https://www.facebook.com %2F%2Fjobs.gnc.com%2Fjob%2F2013142 manager-72 2F&t=Check%20out%20this%20role%20

Oat%20GNC&url=https%3A%2F%2Fjobs.g

0D%0A%0D%0AReq%20ID%3A%20%20

Oat%20GNC&body=https%3A%2F%2Fjob

## Similar Jobs

Part Time Sales Associate 8911 (/job/20259371/part-time-sales-associate-8911-panama-city-beach-fl/)
Panama City Beach, FL

Part Time Sales Associate 4367 (/job/20259370/part-time-sales-associate-4367-eglin-afb-fl/)
Eglin Afb, FL

Part time Sales Associate (/job/20259369/part-time-sales-associate-waukegan-il/)
Waukegan, IL

Store Manager (/job/20259367/store-manager-colonial-heights-va/)
Colonial Heights, VA

Part Time Sales Associate (/job/20259368/part-time-sales-associate-san-antonio-tx/)
San Antonio, TX



and performance management

- The ability to learn new product trends, features, advantages and benefits, in addition to the training and development of associates' with regard to product knowledge
- Opening, closing and operating the retail facility. Including, but not limited to cash handling, inventory count and deposits according to GNC procedures.
- Responsible for ordering merchandise and supplies to maintain appropriate inventory levels, according to GNC guidelines to maximize sales and maintain store appearance
- Verify the delivery of all merchandise to the store.
- The ability to complete omni-channel orders timely and accurately in compliance with company guidelines.
- Ensure full understanding of all store communications including product information, advertising, promotions and other marketing initiatives.
- Ability to multi-task, coordinate, analyze, observe, make decisions, and meet deadlines in a detail-oriented manner
- Partner with Loss Prevention to ensure adherence to GNCs policies and procedures.

Qualifications

- High School Diploma or equivalent required, Bachelor's degree preferred
- 2+ years of retail sales and store management experience in a specialty retail environment.
- Self-motivated
- Strong communication and team building skills
- Total compliance with all store operations policies
- Manage work schedules within established budgets for optimal store coverage
- Ability to work a flexible schedule (i.e. Holidays, weekends)

Benefits:

- Medical, dental, vision and insurance benefits
- Competitive rate of pay
- Paid Time Off
- 401(k) Plan
- Short-term disability benefits
- Employee assistance program
- Employee discount

Additional Information

All your information will be kept confidential according to EEO guidelines.

GNC Holdings LLC is an Equal Opportunity Employer

**APPLY
(HTTPS://JOBS.SMARTRECRUITERS.COM/GNC/743999975944913-
STORE-MANAGER-7268?OGA=TRUE)**

**RETURN TO SEARCH
RESULTS**            **(/JOB-SEARCH-
RESULTS)**

 SINCE 1935

(/)

JOBS⟩

# *READY TO JOIN A WINNER?*
# *LET'S DO THIS!*

**VIEW JOBS**     (/JOB-SEARCH-RESULTS)

BENEFITS (/benefits)

ABOUT GNC
(https://www.gnc.com/about-us.html)
(https://www.gncfranchising.com/)

VENDORS
(https://www.rangeme.com/gnc)

CUSTOMER SERVICE
(https://www.gnc.com/helpinformation?aid=customer-service)

1-877-GNC-4700 (tel:1-877-462-4700)
1-877-462-4700
(tel:18774624700)

FIND A GNC STORE NEAR YOU
(https://www.gnc.com/stores)

ACCESSIBILITY

If you are using a screen reader and are having problems using this website, please call 1-877-GNC-4700
(tel:18774624700) for assistance.

*FOLLOW US*

© 2024 GNC Holdings, LLC          **PRIVACY STATEMENT** (https://www.gnc.com/privacy-statement/privacy-policy.html)

**TERMS & CONDITIONS** (https://www.gnc.com/terms.html)

# EXHIBIT C

to First Amended Class
Action Complaint



indeed

gnc

Tacoma, WA

Search

Date posted ▼    Within 25 miles    Pay ▼    Job type ▼    Shift and schedule ▼

Encouraged to apply ▼    Location ▼    Company ▼    Posted by ▼    Experience level ▼    Education ▼

 **GNC**

gnc jobs in Tacoma, WA

Sort by: **relevance** - date                                              46 jobs ❓



### Store Manager 5292                                    ⋮

GNC
Auburn, WA

| Pay information not provided |   Weekends as needed

➤ Easily apply

Company Description As the global leader in health and wellness innovation since 1935, GNC motivates people to reach their goals with the most trusted and…

Visited 1 day ago

View similar jobs with this employer



### Part Time Sales Associate                             ⋮

GNC
Seattle, WA

| Pay information not provided |   **Part-time**   **Weekends as needed**

➤ Easily apply

Company Description As the global leader in health and wellness innovation since 1935, GNC motivates people to reach their goals with the most trusted and…

Posted 4 days ago

[View similar jobs with this employer](#)

## Store Manager in Training 5288

⋮

GNC
Tukwila, WA 98188

Pay information not provided    Weekends as needed  +3

➤ Easily apply

Company Description As the global leader in health and wellness innovation since 1935, GNC motivates people to reach their goals with the most trusted and…

Posted 30+ days ago

*We have removed 43 job postings very similar to those already shown. To see these additional results, you may repeat your search with the omitted job postings included.*

I want to receive the latest job alert for **gnc** in **Tacoma, WA**

**Email address** *

avikreit@gmail.com

**Activate**

By creating a job alert, you agree to our Terms ↗ . You can change your consent settings at any time by unsubscribing or as detailed in our terms.

## People also searched:

| vitamin shoppe | planet fitness | gym | supplements |

| golds gym | crunch fitness | anytime fitness | la fitness |

| dicks sporting goods | | 24 hour fitness |

**Resume Resources:** Resume Samples - Resume Templates

**Career Resources:** Career Explorer - Salary Calculator

**Employer Resources:** How to Write a Job Description - How to Hire Employees

Hiring Lab      Career Advice      Browse Jobs      Browse Companies      Salaries      Indeed Events      Work at Indeed

Countries      About      Help Center      ESG at Indeed

© 2024 Indeed      Your Privacy Choices ✓✗      Accessibility at Indeed      Privacy Center and Ad Choices      Terms

## CERTIFICATE OF SERVICE

I, Jaclyn Blackwell, hereby certify and declare under penalty of perjury under the laws of the States of Washington and California that, on the 3uv'f c{'qh'Lwn{, 2026, I caused to be electronically filed the foregoing Hktuv Amended Class Action Complaint for Xkqncvkqpu'qh'Y cuj kpi vqp'u'Y ci g'Vtcpur ctgpe{'Ncy 'with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

        Dtgcppi'Uj ggv\'O ctvgm'Y UDC'%5; 854
        Dtkcp'J 0Tj q.'Y UDC'%7342;
        NKVVNGT'O GPF GNUQP .'R£E0
        Qpg'Wpkqp'Us wctg
        822'Wpkxgtukv{'Uvtggv.'Uwkg'5422
        Ugcwrg.'Y C'; : 323
        Rj qpg<*428+'845/5522
        Go ckn<'duo ctygmB rkvwngt@eqo
        '''''''''''''dtj qB rkvwngt@eqo

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant: N/A

        /s/Jaclyn Blackwell
        Jaclyn Blackwell
        Office Manager
        ACKERMANN & TILAJEF, P.C.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM