HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **LEA MOQUETE,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**GNC HOLDINGS, LLC**, a Foreign Limited Liability Company, and **DOES 1-10**, inclusive,<br><br>        Defendant. | **Case No. 3:24-cv-05393-BHS**<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES FOR FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 19, 2024<br><br>*(Clerk's Action Required)* |

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES – 1
CASE NO. 3:24-CV-05393- BHS

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR STREET, SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720

## STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties hereby stipulate to and jointly request a brief continuance of the early case deadlines set by the Court. In support of this stipulation, the Parties state as follows:

1. The Court issued its Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement on May 29, 2024, ECF No. 6. Therein, the Court set the following early case deadlines:

   a. Deadline for FRCP 26(f) Conference – August 13, 2024

   b. Initial Disclosures Pursuant to FRCP 26(a)(1) – August 20, 2024

   c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) – August 27, 2024

2. On July 10, 2024, Plaintiff filed her Motion to Remand, ECF No. 10.

3. In light of Plaintiff's pending Motion to Remand, on August 14, 2024, the Court reset the early case deadlines to:

   a. Deadline for FRCP 26(f) Conference – September 17, 2024

   b. Initial Disclosures Pursuant to FRCP 26(a)(1) – September 24, 2024

   c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) – October 1, 2024

4. Plaintiff believes the Rule 26 conference is premature in light of the pending Motion to Remand.

5. Defendant believes the case is properly in federal court, but recognizes it would be inefficient to proceed while the Court is deciding this threshold issue.

///

///

///

///

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES – 2
CASE NO. 3:24-CV-05393- BHS

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR STREET, SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720

6. As such, the Parties respectfully request that the Court extend each of the early case deadlines set forth in the August 14, 2024 Order resetting the early case deadlines by 60 days. This stipulation for an extension of time is made in good faith and is not made for purposes of undue delay.

DATED: September 19, 2024  Respectfully submitted,

/s/Craig J. Ackermann  /s/Breanne Sheetz Martell
Craig J. Ackermann, WSBA #53330  Breanne Sheetz Martell, WSBA #39632
Brian Denlinger, WSBA #53177  Brian Rho, WSBA #51209
Avi Kreitenberg, WSBA #53294  LITTLER MENDELSON, P.C.
ACKERMANN & TILAJEF, P.C.  One Union Square
2602 North Proctor Street, #205  600 University Street, Suite 3200
Tacoma, WA 98406  Seattle, WA 98101
Phone: (310) 277-0614  Phone: (206) 623-3300
Fax:    (310) 277-0635  Email:  bsmartell@littler.com
Email: cja@ackermanntilajef.com         brho@littler.com
       bd@ackermanntilajef.com
       ak@ackermanntilajef.com  Attorneys for Defendant

Attorneys for Plaintiff

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES – 3
CASE NO. 3:24-CV-05393- BHS

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR STREET, SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720

**ORDER**

IT IS SO ORDERED.

DATED this 20th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES – 4
CASE NO. 3:24-CV-05393- BHS

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR STREET, SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720

**CERTIFICATION OF SERVICE**

I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 19th day of September 2024.

                        ACKERMANN & TILAJEF, P.C.

                        By:  */s/Craig J. Ackermann*
                            Craig J. Ackermann, WSBA #53330
                            Email: cja@ackermanntilajef.com
                            Brian W. Denlinger, WSBA #53177
                            Email: bd@ackermanntilajef.com
                            Avi Kreitenberg, WSBA #53294
                            Email: ak@ackermanntilajef.com
                            ACKERMAN & TILAJEF, P.C.
                            2602 North Proctor, Suite 205
                            Tacoma, Washington 98406
                            Telephone: (310) 277-0614
                            Facsimile: (310) 277-0635

STIPULATED MOTION AND ORDER EXTENDING DEADLINES – 5
CASE NO. 3:24-CV-05393- BHS

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR STREET, SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720