THE HONORABLE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **LEA MOQUETE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GNC HOLDINGS, LLC**, a Foreign Limited Liability Company, and **DOES 1-10**, inclusive,<br><br>Defendant. | CASE NO. 3:24-cv-05393-BHS<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND FOR SETTLEMENT APPROVAL PROCEEDINGS** |



ACKERMANN & TILAJEF, P.C.
2602 NORTH PROCTOR ST. #205, TACOMA, WA 98406
P: (253) 625-7720 F: (310) 277-0635
BD@ACKERMANNTILAJEF.COM

**ORDER GRANTING JOINT MOTION TO REMAND**

This matter came regularly before the Court on the Parties' Stipulated Motion to Remand for Settlement Approval Proceedings. The Court considered the motion and is otherwise fully apprised. Now, therefore it is hereby ORDERED, ADJUDGED, AND DECREED that the Parties' Stipulated Motion to Remand is GRANTED and this action shall be remanded to Pierce County Superior Court.

**IT IS SO ORDERED.**

DATED this 1st day of September, 2026.

BENJAMIN H. SETTLE
United States District Judge



ACKERMANN & TILAJEF, P.C.
2602 NORTH PROCTOR ST. #205, TACOMA, WA 98406
P: (253) 625-7720 | F: (310) 277-0635
BD@ACKERMANNTILAJEF.COM